UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

2007 JUL 11 PM 3:41

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. |
| | : | **1:07CR 0090** |
| | : | INDICTMENT |
| v. | : | 18 U.S.C. § 2113(a) |
| | : | 18 U.S.C. § 2113 (d) |
| | : | 18 U.S.C. § 924 (c)(1)(A)(ii) |
| | : | |
| TIMOTHY ALLEN LANGER | : | |

DLOTT

------------------------

The Grand Jury charges that:

### Count 1

On or about April 6, 2007, in the Southern District of Ohio, the defendant, TIMOTHY ALLEN LANGER, did by force, violence and intimidation, take from the person and presence of another, approximately $2,107.00 in money belonging to and in the care, custody, control, management and possession of Union Savings Bank, 1225 Main Street, Hamilton, Ohio, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and in committing such offense, the defendant, TIMOTHY ALLEN LANGER, did put in jeopardy the life of another person by the use of a dangerous weapon, to wit, a firearm.

In violation of 18 U.S.C. §§2113(a) and 2113(d).

### Count 2

On or about April 6, 2007, in the Southern District of Ohio, the defendant, TIMOTHY ALLEN LANGER, knowingly used, carried and brandished a firearm, during and in relation to a crime of violence for which the Defendant may be prosecuted in a court of the United States, that

is, armed robbery of the Union Savings Bank, 1225 Main Street, Hamilton, Ohio;.

In violation of 18 U.S.C. §924(c)(1)(A)(ii).

**A TRUE BILL**

/s/
_____
**GRAND JURY FOREPERSON**

GREGORY G. LOCKHART
United States Attorney

*(signature)*
_____
ANTHONY SPRINGER
Deputy Criminal Chief