# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

    Plaintiff,     :     Case No. 1:07-cr-90

 - vs -          :     Chief Judge Susan J. Dlott
                 Magistrate Judge Michael R. Merz

TIMOTHY ALLEN LANGER,
              :
    Defendant.
              :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #61), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the Motion to Vacate under 28 U.S.C. 2255 is DISMISSED with prejudice. Defendant is also DENIED leave to appeal *in forma pauperis* and any request for certificate of appealability.

July_____, 2011.

                     Chief Judge Susan J. Dlott
                     United States District Court