# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

UNITED STATES OF AMERICA,

                Plaintiff,      :     Case No. 1:07-cr-090

                                                  District Judge Susan J. Dlott
- vs -                                      Magistrate Judge Michael R. Merz

TIMOTHY ALLEN LANGER,

                Defendant.      :

## DECISION AND ORDER

This criminal case is before the Court on Defendant's Objections (ECF No. 81) to the Magistrate Judge's Report and Recommendations (the "Report," ECF No. 80). As required by 28 U.S.C. § 636(b)(1) and Fed.R.Civ.P. 72(b), the Court has reviewed *de novo* the Report with particular attention to those portions objected to by Petitioner. Having done so, the Court finds the objections are without merit and they are OVERRULED for the reasons set forth below.

Defendant had moved the Court for leave to appeal *in forma pauperis* (ECF No. 77) and to appoint counsel (ECF No. 79). As the Report notes, Defendant previously appealed and his conviction was affirmed. Defendant's stated reason for appealing again is his claim that Magistrate Judge Merz was disqualified from adjudicating this case because of a purported relationship to Mark and Theresa Mertz of Hamilton, Ohio. Magistrate Judge Merz in the Report disclaimed any relationship to these two persons, noting that the name "Merz," spelled either with or without the

1

penultimate "t," is a common name in Germany and among those who have immigrated to the United States from Germany.

Defendant's Objections do not object to any of the Report's findings. Instead Defendant claims he is innocent.

Defendant's Objections are overruled and the Report is adopted. Defendant had an opportunity to contest his guilt when he was indicted in 2007. He gave up that opportunity when he agreed to plead guilty in 2008 (Plea Agreement, ECF No. 42). Despite pleading guilty, Defendant appealed and later filed a Motion to Vacate under 28 U.S.C. § 2255, both of which were unsuccessful. Defendant's conviction is final and he no longer has the right to challenge it in this Court. The Court denies his Motion for Appointment of Counsel and certifies to the Sixth Circuit that any appeal would be objectively frivolous.

Defendant's Objections are overruled.

August 26, 2025.

Susan J. Dlott
United States District Judge