UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**

Sep 30, 2025

KELLY L. STEPHENS, Clerk

No. 25-3493

UNITED STATES OF AMERICA,

      Plaintiff-Appellee,

v.

TIMOTHY ALLEN LANGER,

      Defendant-Appellant.

Before:  BOGGS, NORRIS, and MURPHY, Circuit Judges.

## JUDGMENT

THIS MATTER came before the court upon consideration of appellate jurisdiction.

IN CONSIDERATION THEREOF, it is ORDERED that the appeal is DISMISSED.

**ENTERED BY ORDER OF THE COURT**

Kelly L. Stephens, Clerk